[No. 3305-1.    Division One.    December 27, 1976.]

ROBERT H. KELLER, *Appellant*, v. ANNABEL KELLER, *Respondent*.

Appeal from a judgment of the Superior Court for King

County, No. D-54076, Francis E. Holman, J., entered September 17, 1974. *Affirmed* by unpublished per curiam opinion.